SIGAL CHATTAH, NVSBN 5634
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM P. THOMPSON<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:25-cv-000508-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 9, filed on June 18, 2025), currently due on July 18, 2025, by 35 days, through and including August 22, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to September 5, 2025.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant's counsel must take several days of medical leave, which prevents Defendant's counsel from being able to work on this response. Counsel is also responsible for writing

briefs defending the Commissioner in multiple other district court cases with concurrent due dates. In addition, counsel is responsible for other substantive non-litigation matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the issue raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on July 16, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including August 22, 2025.

Dated: July 16, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2025

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Leonard Stone
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
701-385-2220
Fax: 702-384-0394
Email: mrobles@shookandstone.com

Attorneys for Plaintiff


Dated: July 16, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney